UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 3 2014

CASE NO. M-13-1154-S5

David J. Bradley, Clerk

UNITED STATES OF AMERICA : JUDGE: R. CRANE

:

v.

:

OMAR FIDENCIO ROJAS :

: DATE: JULY 21, 2014

EXHIBIT LIST OF THE GOVT. ATTORNEY J. STURGIS

PAGE 1 OF 1

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Picture of samples from MA-10-0044; Eddie Coronado load on 11/14/2009 (RB) | ✓ | ✓ | / | ✓ | 7/23/14 | |
| 2 | Picture of samples from MA-10-0044; Eddie Coronado load on 11/14/09 (RB) | ✓ | ✓ | / | ✓ | " | |
| 3 | Picture of marijuana seized on 11/14/09 (E. Coronado load) (RB) | ✓ | ✓ | / | ✓ | " | |
| 4 | Picture of marijuana seized on 11/14/09 (E. Coronado load) (RB) | ✓ | ✓ | / | ✓ | " | |
| 5 | Picture of truck used by E. Coronado (RB) | ✓ | ✓ | / | ✓ | " | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 6 | Stipulation and lab report from MA-10-0044; E. Coronado load | ✓ | ✓ | / | ✓ | 7/23/14 | |
| 7 | Picture of samples from M-11-0056; Mark Jones load on 11/07/10 (RB) | ✓ | ✓ | / | ✓ | 7/23/14 | |
| 8 | Picture of marijuana seized on 11/07/10 from Mark Jones (RB) | ✓ | ✓ | / | ✓ | " | |
| 9 | Picture of marijuana seized from Mark Jones on 11/07/10 (RB) | ✓ | ✓ | / | ✓ | " | |
| 10 | Picture of marijuana bundle from 11/07/10 seizure (RB) | ✓ | ✓ | / | ✓ | " | |
| 11 | Picture of truck (RB) used by Mark Jones | ✓ | ✓ | / | ✓ | " | |
| 12 | Stipulation/lab report in MA-11-0056; Mark Jones load | ✓ | ✓ | / | ✓ | 7/23/14 | |
| 13 | Picture of marijuana seized on 7/14-15/10; Melvin Faine seizure in GN-10-0034 (RB) | ✓ | ✓ | / | ✓ | 7/23/14 | |
| 14 | Picture of marijuana and (RB) samples from Melvin Faine; GN-10-0034 | ✓ | ✓ | / | ✓ | " | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 15 | Picture of money (MF) seized from Melvin Faine on 7/14-15/10 | ✓ | ✓ | | ✓ | 7/22/14 | |
| 16 | Picture of money (MF) seized from Melvin Faine on 7/14-15/10 | ✓ | ✓ | | ✓ | 7/22/14 | |
| 17 | Stipulation/lab reports in GN-10-0034; seizure of marijuana from Melvin Faine on 7/14-15/10 | ✓ | ✓ | | ✓ | 7/23/14 | |
| 18 | Pictures of bundles (sample bundles) seized from Tomas Gonzalez property on 3/05/11 (RB) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 19 | Picture of marijuana seized from Tomas Gonzalez on 3/05/11 (TG) | ✓ | ✓ | | ✓ | 7/22/14 | |
| 20 | Stipulation/lab report from marijuana seizure on 3/05/11 | ✓ | | | ✓ | 7/23/14 | |
| 21 | Picture of supplies seized by HCSO at Gonzalez property on 3/05/11 (TG) | ✓ | ✓ | | ✓ | 7/22/14 | |
| 22 | Picture of supplies seized by HCSO at Gonzalez property on 3/5/11 (TG) | ✓ | ✓ | | ✓ | " | |
| 23 | Picture of Gonzalez property on Sugarcane Rd (TG) | ✓ | ✓ | | ✓ | " | |
| 24 | Picture of Gonzalez residence (TG) | ✓ | ✓ | | ✓ | " | |
| 25 | Picture of Amigo Bolt and Supply (TG) | ✓ | ✓ | | ✓ | " | |
| 26 | Picture of Boost Mobile in Weslaco, TX (TG) | ✓ | ✓ | | ✓ | " | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 27 | Records from America's Best Value Inn; Brookhaven, MS (RB) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 28 | Records from Holiday Inn; Stockbridge, GA (RB) | ✓ | ✓ | | ✓ | " | |
| 29 | Records from Best Western Plus; Gadsden, AL (RB) | ✓ | ✓ | | ✓ | " | |
| 30 | Records from Quality Suites; Pineville, NC (RB) | ✓ | ✓ | | ✓ | " | |
| 31 | Records from Hampton Inn; Stockbridge, GA | | | | | | |
| 32 | Records from Comfort Suites; Stockbridge, GA (RB) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 33 | Records from Comfort Suites; Gadsden, AL | | | | | | |
| 34 | Records from Harrah's Casino/Hotel; Robbinsville, MS | | | | | | |
| 35 | Records from (BA) Quality Auto Sales; Guntersville, AL | ✓ | ✓ | | ✓ | 7/23/14 | |
| 36 | Records from Cano Motors; Mercedes, TX (AV) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 37 | Records from Tipton Ford; Brownsville, TX (BA) | ✓ | ✓ | ✓ | | 7/23/14 | |
| 38 | Records from Edwards Abstract and Title; purchase of 5 Ac (binder) (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 39 | Records from Rosy's Bookkeeping (EC) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 40 A 40 B | Documents acquired during search of Rojas' residence (2 binders) (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 41 | Picture of Rolex watch | ✓ | ✓ | | ✓ | 7/23 | |
| 42 | Records from Deutsch and Deutsch (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 43 | Records from Security First Credit Union (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 44 | Records from American Quarter Horse Association (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 45 | Records from RGV Cosmetics (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 46 | Records from the City of Weslaco | | | | | | |
| 47 | Records from Texas Health and Human Services/OIG | | | | | | |
| 48 | Records from STC | | | | | | |
| 49 | Aerial picture of 5 Acre Ranch purchased by Rojas (MA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 50 | Aerial photo of gate located on 5 Acre ranch (MA) | ✓ | ✓ | | ✓ | " | |
| 51 | Aerial photo of barn located on 5 acre ranch (MA) | ✓ | ✓ | | ✓ | " | |
| 52 | Photo of gate located on the 5 acre ranch (MA) | ✓ | ✓ | | ✓ | " | |
| 53 | Photo of barn on 5 acre ranch (MA) | ✓ | ✓ | | ✓ | " | |
| 54 | Photo of barn on 5 acre ranch (MA) | ✓ | ✓ | | ✓ | " | |
| 55 | Building proposal for barn plan (EM) | ✓ | ✓ | | ✓ | " | |
| 56 | Records from Southern Stone (BA) | ✓ | ✓ | | ✓ | 7/23/14 | |
| 57 | Records from Canram (EC) | ✓ | ✓ | | ✓ | 7/23/14 | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | construction | ✓ | ✓ | ✓ | | | |
| 58 | Records from FINCEN (BA) | ✓ | ✓ | ✓ | ✓ | 7/23/14 | |
| 59 | Barn building proposal | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |