UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CRIMINAL NO. 7:13-CR-1154-S5-11 |
| | § | |
| OMAR FIDENCIO ROJAS | § | |

# JURY NOTE

NUMBER __1__

JURY HAS DECIDED TO RETIRE FOR THE DAY AT 5PM. WILL CONTINUE DELIBERATION TOMORROW AM.

DATE: 07/23/14

TIME: 4:41 pm

_FOREPERSON'S SIGNATURE_

1 / 1