UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CRIMINAL NO. 7:13-CR-1154-S5-11 |
| | § | |
| OMAR FIDENCIO ROJAS | § | |

## JURY NOTE

NUMBER __2__

Can the foreperson be changed to someone else?

DATE: 7/24/14

TIME: 9:04

FOREPERSON'S SIGNATURE