UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154-11 |
| | § | |
| OMAR FIDENCIO ROJAS | § | |

## RESPONSE TO JURY NOTE NO. 2

Yes, you may change the foreperson. Please continue with your deliberations.

SO ORDERED this 24th day of July, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge