UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CRIMINAL NO. 7:13-CR-1154-S5-11 |
| | § | |
| OMAR FIDENCIO ROJAS | § | |

# JURY NOTE

NUMBER 3

Please clarify "Count One". Confusion with wording "From on or about January 1, 2008 and continuing"...

Also, can we have a print out of Mark Jones testimony?

DATE: 07/24/14

TIME: 10am

FOREPERSON'S SIGNATURE

1 / 1