UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2014

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS § | CRIMINAL NO. 7:13-CR-1154-S5-11 |
| § § | |
| OMAR FIDENCIO ROJAS § | |

## JURY NOTE

NUMBER 4

In Charge One, we want to clarify the wording "Continuing up to and including the date of the return of the indictment"
Do you mean that he is being charged since Jan 1, 2008 up to the indictment?

DATE: 7-24-14

TIME: 10:40